FILED

JUL - 2 2020

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 20 CR 265 |
| v. | Violation: Title 18, United States Code, Section 922(g)(1) |
| ADAM WALTON | JUDGE ELLIS<br>MAGISTRATE JUDGE FUENTES |

The SPECIAL MAY 2019 GRAND JURY charges:

On or about June 1, 2020, at Chicago, in the Northern District of Illinois, Eastern Division,

ADAM WALTON,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate commerce, a firearm, namely, a loaded Walther P22 semiautomatic handgun bearing a defaced serial number that was partially restored to read WA141*38, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL MAY 2019 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, one Walther P22 semiautomatic handgun bearing a defaced serial number that was partially restored to read WA141*38, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY